163 A.3d 874

IN THE MATTER OF MARC B. SCHRAM, AN ATTORNEY
AT LAW (ATTORNEY NO. 007411985)

July 7, 2017

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 16–198 concluding that **MARC B. SCHRAM** of **HAZLET**, who was admitted to the bar of this State in 1985, should be censured for violating *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **MARC B. SCHRAM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.